IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES C. JUSTICE COMPANIES, INC., et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 7:14cv193 ) ) |
| XCOAL ENERGY & RESOURCES, et al., | ) By: Hon. Michael F. Urbanski ) United States District Judge |
| Defendants. | ) |

## DISMISSAL ORDER

The plaintiffs have filed a Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) without prejudice.

Accordingly, it is **ORDERED** that this action be, and hereby is, **DISMISSED** without prejudice and **STRICKEN** from the active docket of the court.

Entered: September 4, 2014

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge